UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH E. WALZ | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 2041 (DJS) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | |
| CONSOLIDATED RAIL CORPORATION: | | |
| | : | |
| Defendant. | : | DECEMBER 6, 2004 |

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and without costs to any parties.

| | |
|---|---|
| THE PLAINTIFF | THE DEFENDANT, |
| ROBERT WEST | METRO-NORTH RAILROAD COMPANY |
| | |
| By: _____/s/_____ | By: _____/s/_____ |
| Scott E. Perry, Esq., (CT 17236) | Anthony D. Sutton, Esq., (CT 20607) |
| Cahill & Goetsch, P.C. | Ryan, Ryan, Johnson & Deluca, LLP |
| 43 Trumbull Street | 80 Fourth Street, P.O. Box 3057 |
| New Haven, CT 06511 | Stamford, CT  06905 |
| Phone No. 203-777-111 | Phone No. 203-357-9200 |

FELA HEARING LOSS CASE - MAY BE
FILED IN NEW HAVEN AS ORDERED
BY MAGISTRATE JUDGE MARGOLIS

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott E. Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff

          /s/
Anthony D. Sutton, Esq.

I:\Procases\205.165\stipulation4dismissal.wpd
205.165